**ORDERED ACCORDINGLY.**

Dated: February 04, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

William F. Hyder, AZ SBN 002194
WILLIAM F. HYDER, P.C.
7301 North 16th Street, Suite 103
Phoenix, Arizona 85020
Telephone:   602 997-4711
Facsimile:   602 997-4861
E-Mail:   *williamhyder@msn.com*

Richard J. Reynolds, CA SBN 88991
TURNER, REYNOLDS, GRECO & O'HARA
16485 Laguna Canyon Road, Suite 250
Irvine, California 92618
Telephone:   949 474-6900
Facsimile:   949 474-6907
E-Mail:   *rreynolds@trlawyers.com*

**Attorneys for** Movant, MORGAN AZ FINANCIAL, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Ronald L. Steinbrunner and<br>Brittney L. Steinbrunner,<br><br>Debtor.<br><br>MORGAN AZ FINANCIAL, LLC,<br><br>Movant,<br><br>vs.<br><br>RONALD L. STEINBRUNNER, Debtor<br>and ANTHONY H. MASON, Chapter 7<br>Trustee,<br><br>Respondents. | CASE NO. 2:09-BK-23139-GBN<br><br>Chapter 7<br><br>**ORDER FOR RELIEF FROM AUTOMATIC STAY**<br><br>[Lot 42, of Flagstaff Ranch Golf Club] |

Movant, MORGAN AZ FINANCIAL, LLC, having filed a Motion for Relief from Automatic Stay, dated December 23, 2009, with respect to the hereinafter-described

property, after appropriate notice and opportunity for hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, a Certificate of No Objection having been filed, the Court having reviewed the pleadings, and good cause appearing therefor,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of *11 U.S.C. §362(a)* and the automatic injunction of *11 U.S.C. §524(a)*, are hereby vacated with respect to the property generally described as Lot 42, of Flagstaff Ranch Golf Club, according to the plat of record in the office of the county recorder of Coconino County, Arizona recorded in Case 8, Maps 64-64G, commonly known as 3755 S. Bridle Path (Lot 42), Flagstaff Ranch Golf Club, Lot 42, Flagstaff, AZ 86001, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the State law, and thereafter commence any action necessary to obtain complete possession of the subject property without further Court Order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

Movant, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement as allowed by State law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

**DATED, SIGNED AND ORDERED AS ABOVE STATED.**